## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Danil B. Deresh, being duly sworn, state as follows:

### Introduction and Agent Background

1.      I am a Border Patrol Agent (BPA) of the United States Border Patrol (USBP), a component of Customs and Border Protection (CBP) within the Department of Homeland Security (DHS). I have been employed since July of 2018. I have been assigned to the Richford, Vermont Station as a BPA for approximately 3 years and currently serve as the station's Prosecutions Agent. I was previously assigned to the Laredo North Border Patrol Station in Laredo, Texas as a BPA for approximately 2.5 years and to the Alpine Border Patrol Station in Alpine, Texas for approximately 2 years. During my time with Border Patrol I have been assigned various details, including to a Field Training Unit as a Field Training Officer and to Task Force Unit Sunflower, a multiagency effort to combat human and drug trafficking.

2.      This affidavit is offered to demonstrate that probable cause exists to believe that on March 27, 2026, in the District of Vermont, Lo ALLA, a citizen of Senegal; Mamadou Hamady BATHILY, a citizen of Senegal; and Thierno Amadou DOUMBOUYA, a citizen of Guinea, all violated 8 U.S.C. §1325(a) when they entered the United States at a place other than as designated by an immigration official.

3.      This affidavit is submitted for the limited purpose of securing a criminal complaint and does not include everything I learned during the course of my investigation. The facts in this affidavit come from my training and experience, my review of documents and reports, and conversations with other Border Patrol Agents. I am familiar with the facts and circumstances described below from my own investigation and from my discussions with other agents involved in the investigation. Unless otherwise specified, the statements described herein are related in sum and substance and are not intended as direct quotations.

1

## Probable Cause

4.       On March 27, 2026, at approximately 3:43 p.m., Swanton Sector Dispatch notified Richford Border Patrol Agents of remote camera activations that showed at least three subjects walking through the woods near the international boundary between the United States and Canada in the vicinity of Morses Line Road in Franklin, Vermont.  The timestamps of the camera activations were at approximately 3:43 p.m. This remote camera is located inside the United States within 200 feet of the international border between the United States and Canada. The subjects shown on camera activations were walking south, away from the international border. Below are images that was observed by Swanton Sector Dispatch.





5.      Morses Line Road is approximately a quarter mile south and runs east-west approximately parallel to the international border. The area surrounding Morses Line Road and north towards the international border is filled with trees and farmland. With the exception of the Morses Line Port of Entry (POE), located at the north terminus of Vermont Route 235 that runs north from Morses Line Road and terminates at the international border, this area is not a designated port of entry or otherwise designated as a place for lawful immigration by the Secretary of Homeland Security.  The type of terrain between Morses Line Road and the international border provides concealment for aliens that are seeking to illegally enter the United States. Over the last two years, Border Patrol Agents of the Richford Border Patrol have encountered numerous alien smuggling attempts that have occurred in this area. Below is a map of this area, which is approximately 1.3 miles southeast of the Morses Line POE (just off the top left side of the image).



6.      Smuggling trends indicate that migrants illegally entering the United States in this area hike south through the woods to Morses Line Road where they are quickly picked up by

vehicles that have been pre-arranged by smuggling organizations to pick up aliens and transport them further into the interior of the United States.

7.      BPA Francis Guinto, BPA Jarrett Nelson, and BPA William Haffly responded to the area of Morses Line Road to investigate the suspected border crossing captured on a remote camera. Based on previous smuggling events in this area, these BPAs believed that the subjects on the camera activations planned to be picked up on Morse Line Road.

8.      BPA Nelson and BPA Haffly positioned themselves on Morses Line Road to observe the approximate location the subjects on the camera activation were expected to be traveling towards. BPA Guinto parked approximately a half mile west of the anticipated pickup point on Morses Line Road to observe vehicles arriving in the area.  The area is a remote area with minimal vehicle traffic.

9.      At approximately 6:35 p.m., BPA Guinto observed an early 2000s model Saturn Vue travelling east on Morse Line Road past his location. BPA Guinto notified BPA Haffly and BPA Nelson of the incoming Saturn Vue.

10.      BPA Haffley and BPA Nelson observed the Saturn Vue as it was approaching the area they were observing. The Saturn Vue continued east on Morses Line Road until it performed a U-turn at the residence west of Dandurand Road and then began to return westbound on Morses Line Road. The Saturn Vue then drove a short distance west on Morses Line Road before coming to a stop. BPA Haffley and BPA Nelson observed the driver of the Saturn Vue exit his vehicle and walk around to the north side of his vehicle. At this time, BPA Haffley and BPA Nelson observed three subjects emerging from the wooded area on the north side of Morses Line Road and entering the vehicle.

11.      BPA Guinto was notified via service radio that the gray Saturn Vue picked up

4

three subjects and was returning west on Morses Line Road. BPA Guinto waited for the Saturn Vue to pass his position and then he pulled out behind it as it passed. After following the vehicle for approximately one mile, BPA Guinto activated his vehicle's emergency lights and siren to initiate a vehicle stop. The vehicle yielded to the lights and siren and came to a stop.

12.     After the vehicle stopped, BPA Guinto exited his vehicle and approached the Saturn Vue. The Saturn Vue had tinted windows that obscured the view of the occupants inside the vehicle. BPA Guinto identified himself as a United States Border Patrol Agent and told the driver to open all of vehicle's windows. The driver fully rolled down the front driver window but did not lower the rear windows. Knowing that there were additional subjects in the vehicle that were picked up near the border that he could not see due to the tinted windows, BPA Guinto approached the rear driver's side door and cautiously opened the door.  BPA Guinto saw the additional subjects in the rear of the vehicle and told all five of the subjects in the vehicle to show him their hands. The occupants complied.

13.     The subjects in the rear seat of the Saturn Vue were all wearing multiple layers of cold weather clothing while the driver and front-seat passenger were not wearing multiple layers. This was an indication to BPA Guinto that the subjects in the rear seat had been outside of the vehicle for an extended period.

14.     BPA Guinto conducted an immigration inspection on all the vehicle's occupants, beginning with the driver and front passenger who were later identified as R.L. and M.P. R.L. and M.P. both identified themselves as U.S. citizens. The three subjects in the rear seat were later identified as Lo ALLA, Mamadou Hamady BATHILY, and Thierno Amadou DOUMBOUYA.

15.     DOUMBOUYA responded to BPA Guinto's questions in broken English, indicating he was "From New York, I am from New York," and ALLA and BATHILY repeated

the same information that they were from New York. The subjects in the rear of the vehicle were not fluent in English. BPA Guinto attempted to confirm where the subjects in the rear seat were born and if they were United States Citizens. The only response he received from the subjects was that they were from New York. With the assistance of other agents, all the subjects in the vehicle were transported to the Richford Border Patrol Station to confirm their citizenship and any involvement in illegal entry.

16.    At the Richford Border Patrol station, agents took the fingerprints of all five subjects within the vehicle and entered them into the USBP E3 Biometrics system (E3Bio). This system queried multiple law enforcement databases returning information associated with the subjects' biographical information. Fingerprints taken from ALLA, BATHILY, and DOUMBOUYA and passports they were each carrying allowed Border Patrol Agents to identify the names and nationalities of each of the three individuals. Lo ALLA was identified as a citizen of Senegal without any indication of authority to enter or remain in the United States. Mamadou Hamady BATHILY was also identified as a citizen of Senegal without any indication of authority to enter or remain in the United States. Thierno Amadou DOUMBOUYA was identified as a citizen of Guinea without any indication of authority to enter or remain in the United States. After being provided *Miranda* rights, ALLA, BATHILY, and DOUMBOUYA each declined to be interviewed by Border Patrol Agents.

17.    After being provided *Miranda* rights, R.L., the driver of the vehicle, waived his rights and spoke with Border Patrol Agents. R.L. told Border Patrol Agents that he is a career cab driver and that he did not know he was going to be picking up or transporting illegal aliens. R.L. told Border Patrol Agents that he received repeated phone calls from a Canadian based phone number throughout the day on March 27, 2026, asking him to pick up multiple individuals

in the Morses Line Road area.  After initially declining to do so, R.L. eventually relented.

According to R.L., the three individuals intended to travel to Burlington Vermont.

### Conclusion and Request

18.    Based on the foregoing information, I submit there is probable cause to believe

that on or about March 27, 2026 in the District of Vermont, ALLA, BATHILY and

DOUMBOUYA all violated 8 U.S.C. §1325(a) when they, being aliens to the United States,

entered the United States at a place other than as designated by an immigration official.

Dated at Burlington, in the District of Vermont, this ____ day of March, 2026.

*/s/Danil B. Deresh*
Danil B. Deresh
Border Patrol Agent
U.S. Border Patrol, Richford Station


Sworn to by the applicant via reliable electronic means, specifically via video call, under
Federal Rule of Criminal Procedure 4.1 on this 29th day of March 2026.


HON. KEVIN J. DOYLE
United States Magistrate Judge
District of Vermont